**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00674-CV

### IN RE DAVID RAY BARNES, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## ORDER
Before Justices Bridges, Myers and Schenck

Before the Court is Relator's Petition for Writ of Mandamus in which relator seeks relief from an order of contempt and enforcement of a divorce decree. Relator filed this original proceeding on June 10, 2016, but had previously filed a direct appeal of the same order, which is docketed as *David Ray Barnes v. Jennifer Barnes*, Cause No. 05-16-00241-CV. We have determined that this original proceeding should be decided with the direct appeal because the order appealed from appears to be a hybrid order that includes monetary relief subject to direct appeal and contempt findings subject to review through mandamus. We defer to the submissions panel to address each issue presented under the applicable standards.

We, therefore, **ORDER** cause number 05-16-00674-CV **CONSOLIDATED** into cause number 05-16-00241-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-16-00674-CV and refile them in cause number 05-16-00241-CV and to treat cause number 05-16-00674-CV

1

as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-16-00241-CV.

Our records show that by letter dated May 4, 2016, the Court suspended all deadlines in 05-16-00241-CV to allow for the parties to provide the Court with jurisdictional briefing and for the Court to determine its jurisdiction over the appeal. We hereby reinstate all deadlines in cause number 05-16-00241-CV and **ORDER** the trial court clerk to file the Clerk's Record within thirty days of the date of this order.

/s/ *David Bridges*
DAVID BRIDGES
JUSTICE